# United States Bankruptcy Court
### District of Idaho

In re  **Cathy Rae Solorio**  
Debtor(s)

Case No. _____  
Chapter **7**

## DEBTOR'S STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

*If filing jointly, information for joint debtor must be filled out on a separate form.*

Debtor's name (enter full name):  **Cathy Rae Solorio**

Does Debtor have a domestic support obligation: _____ yes __**X**__ no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

Debtor's employer's name, address, and phone number: _____.

Name, address and phone number for the holder of the claim of support: _____.

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION:

Amount of support obligation: $_____ per _____ (i.e. month, week, etc.)

Term of support obligation: from _____ until _____.

Amount that the domestic support obligation is in arrears: $_____.

Court name and jurisdiction in which order of support was issued: _____

Court Case No. _____.

Name, address and phone number of the State child support enforcement agency involved in such claim: _____.

**I declare under penalty of perjury that the foregoing is true and correct.**

/s/ Cathy Rae Solorio  
**Cathy Rae Solorio**  
**Signature of Debtor**

**August 2, 2013**  
**Date**

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571